# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| ZACHARY A. PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:25-cv-00140 |
| v. | ) |
| | ) |
| MOMPER INSULATION OF FORT WAYNE, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT MOMPER INSULATION OF FORT WAYNE, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order No. 2023-06 of the United States District Court for the Northern District of Indiana, Defendant Momper Insulation of Fort Wayne, LLC ("Momper"), by and through its undersigned counsel, represents as follows:

1. Momper is a limited liability company whose sole member is Installed Building Products, LLC. The sole member of Installed Building Products, LLC is IBP Holdings, LLC. IBP Holdings, LLC has two members: IBHL A Holding Company, Inc. and IBHL B Holding Company, Inc. The parent company of both IBHL A Holding Company, Inc. and IBHL B Holding Company, Inc. is Installed Building Products, Inc., a publicly traded company.

2. No additional disclosures are required under the Federal Rules of Civil Procedure or General Order 2023-06.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship jurisdiction). As explained in Momper's Notice of Removal, Plaintiff is a

25689010 v1

citizen of Indiana, while Momper is a citizen of both Delaware and Ohio. The amount in controversy exceeds $75,000 based upon the compensatory and punitive damages that Plaintiff seeks.

Dated: March 26, 2025

Respectfully submitted,

*/s/ Eric L. Zalud*
Eric L. Zalud (IN 12053-49)
W. Eric Baisden* (OH 0055763)
Lyndsay M. Flagg* (OH 0099248)
**BENESCH FRIEDLANDER COPLAN AND ARONOFF, LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: ezalud@beneschlaw.com
        ebaisden@beneschlaw.com
        lflagg@beneschlaw.com

*Application for Admission Forthcoming

*Attorneys for Defendant,*
*Momper Insulation of Fort Wayne, LLC*